**Order filed July 8, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-01082-CR
NO. 14-13-01083-CR

_____

**REGINALD DAMON PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 12CR3442 & 12CR3443**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. To facilitate appellant's access to the record, we issue the following order. _See Anders v. California_, 386 U.S. 738 (1967); _Gainous v. State_, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Accordingly, we direct the Judge of the 10th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **July 23, 2014;** that the clerk of that

court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM